# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL WHITEHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:24-83 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Christopher Brown |
| CORRECTIONS OFFICER ) | |
| MACHESKY, SARGEANT WILLIAMS, ) | |
| and MR. EMEIGH, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 9th day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Christopher Brown on December 15, 2025, (Docket No. 71), recommending that Plaintiff Carl Whitehead's Motion for Emergency Restraining Order and Release be denied and directing that any objections were due within 14 days such that the deadline for non-ECF users like Plaintiff was January 2, 2026, and no objections having been filed as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of December 15, 2025, (Docket No. 71), as well as Plaintiff's Motion (Docket No. 45), and Defendants' Response in Opposition, (Docket No. 59),

IT IS HEREBY ORDERED that the Report and Recommendation of December 15, 2025 [71] is ADOPTED as the Opinion of the Court; and,

IT IS FURTHER ORDERED that Plaintiff's Motion for Emergency Restraining Order and Release [45] is DENIED as he has failed to demonstrate that the requested relief is warranted, for the reasons set forth by the Magistrate Judge. (*See* Docket No. 71).

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge


cc/ecf: United States Magistrate Christopher Brown


cc: CARL WHITEHEAD
EK 5805
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510 (via first class mail)